FILED

03/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0299

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0299

_____

SIGNAL PEAK ENERGY, LLC,

      Plaintiff and Appellant,

   v.

MONTANA ENVIRONMENTAL INFORMATION
CENTER, STATE OF MONTANA BOARD OF
ENVIRONMENTAL REVIEW, ELLEN PFISTER,
and STEVE CHARTER,

      Defendants and Appellees.

                           O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Donald L. Harris, District Judge.

                     For the Court,

                                      Electronically signed by:
                                      Mike McGrath
                     Chief Justice, Montana Supreme Court
                                      March 26 2020